IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00920-WYD-MEH

BRET WIGHTMAN,

    Plaintiff,

v.

BJ SERVICES COMPANY, U.S.A.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 5, 2009.**

    The Stipulated Motion for Entry of Protective Order [filed August 3, 2009; docket #18] is **denied without prejudice**, and the proposed Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.