IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00920-WYD-MEH

BRET WIGHTMAN,

    Plaintiff,

v.

BJ SERVICES COMPANY, U.S.A.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 24, 2009.**

    The Second Stipulated Motion for Entry of Protective Order [filed August 20, 2009; docket #22] is **granted**. The Protective Order is filed contemporaneously with this minute order.