IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00920-WYD-MEH

BRET WIGHTMAN,

   Plaintiff,

v.

BJ SERVICES COMPANY, U.S.A.,

   Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice (filed September 25, 2009).  The motion indicates that the claims in this case can be dismissed as the parties have amicably resolved the disputed.  After a careful review of the motion and the file, it is

ORDERED that the Stipulated Motion to Dismiss with Prejudice is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorneys' fees.

   Dated:  September 25, 2009

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge